IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL COATNEY, | ) | 4:07CV3167 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION, | ) | |
| ALICE WIECHERT, AND | ) | |
| GERARD HEINAUER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendants' motion to dismiss Plaintiff's original complaint (filing 16). I will deny the motion as moot, as Plaintiff has since filed an amended complaint and Defendants have filed a new motion to dismiss that amended complaint.

IT IS ORDERED that the motion to dismiss filed on October 3, 2007 (filing 16) is denied as moot.

January 2, 2008.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge